Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

**troutman**
**pepper locke**

troutman.com

Shamola E. Bonner
Career Associate
D 212.808.2737
F 212.704.6288
shamola.bonner@troutman.com
Admitted in: New York

June 9, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, NY 10601

Re:   *Bridget Loor v. Ally Financial Inc.*, 7:26-cv-00790 (S.D.N.Y.) – Letter Request for
      Adjournment of Conference

Your Honor:

We represent Defendant Ally Financial Inc. ("Ally"), in the above-referenced matter. Ally
respectfully requests an adjournment of the Telephonic Initial Conference, currently scheduled for
June 17, 2026. Pursuant to Your Honor's Individual Rules of Practice, Ally states as follows:

a.  The Telephonic Initial Conference is scheduled for June 17, 2026, at 10:15 a.m.;

b.  This is Ally's first request for an adjournment of the Initial Conference;

c.  Plaintiff does not consent because she believes the case has already been pending for a
    substantial period and prefers to keep the existing schedule rather than incur further delay;
    and

d.  The undersigned counsel for Ally has a scheduling conflict and will be unable to adequately
    prepare for, or attend, the initial conference and the parties are actively working towards a
    settlement.

For the foregoing reasons, Ally respectfully submits that a brief one-week adjournment of the
June 17, 2026, Telephonic Initial Conference will not prejudice Plaintiff and will not meaningfully
delay the progress of this matter. Accordingly, Ally requests that the Court adjourn the Telephonic
Initial Conference for one week.



June 9, 2026
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

Granted.  The conference is
adjourned to 7/ 2 /26, at 12 :00

So Ordered

6/16/26

Respectfully submitted,

/s/ Shamola E. Bonner

Shamola E. Bonner

cc: All parties entitled to notice (via CM/ECF)